CRIS A KLINGERMAN
State Bar No. 82108
Law Offices
ROBERT E. WEISS INCORPORATED
920 Village Oaks Drive
Covina, California 91724
Phone (626) 967-4302
Facsimile (626) 967-9216
cklingerman@rewlaw.com

Attorneys for Defendant
PETER R. GLINIAK, AS TRUSTEE OF THE
PETER R. GLINIAK LIVING TRUST

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>    Plaintiff,<br><br>vs.<br><br>MAJOR LEAGUE FADES LLC; PETER R. GLINIAK, AS TRUSTEE OF THE PETER R. GLINIAK LIVING TRUST,<br><br>    Defendants. | CASE NO. 2:25-cv-05893-SVW-MAA<br><br>STIPULATION OF DISMISSAL [FRCP 41(a)(2)]<br><br>Judge: Hon. Stephen V. Wilson |

  Plaintiff Michael Rhambo and Defendant Peter R. Gliniak, Trustee of the Peter R. Gliniak Living Trust hereby stipulate under Federal Rule of Civil Procedure 41(a)(2) that Peter R. Gliniak, Trustee of the Peter R. Gliniak Living Trust be dismissed from this action with prejudice as to all

/ / /

/ / /

/ / /

/ / /

claims and causes of action with each party bearing that party's own attorney's fees and costs.

Dated September 22, 2025          SO. CAL. EQUAL ACCESS GROUP

By: /s/ Jason J. Kim
JASON YOON
Attorney for Plaintiff Michael Rhambo

Dated September 22, 2025          ROBERT E. WEISS, INCORPORATED

By: _____
CRIS A KLINGERMAN
Attorney for Defendant Peter R. Gliniak, Trustee
of the Peter R. Gliniak Living Trust

<u>PROOF OF SERVICE BY MAIL (1013a, 2015.5, C.C.P.)</u>

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

I, Dawn Gentry, declare as follows:

I am a resident of the County aforesaid; I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 Village Oaks Drive, Covina, California.

On September 22, 2025, I served the following:

STIPULATION OF DISMISSAL [FRCP 41(a)(2)]

on the interested parties in said action by U.S. First Class Mail, as follows:

Jason J. Kim, Esq.
Jason Yoon
So. Cal. Equal Access Group
101 S. Western Ave., 2nd Floor
Los Angeles, CA 90004

Major League Fades LLC
752 Lanny Ave.
La Puente, CA 91744

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid, at Covina, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit/declaration.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed on September 22, 2025, at Covina, California.

Dawn Gentry

3
STIPULATION OF DISMISSAL [FRCP 41(a)(2)]