Law Offices
ROBERT E. WEISS INCORPORATED
920 VILLAGE OAKS DRIVE
COVINA, CA 91724
TELEPHONE (626) 967-4302 – FAX (626) 967-9216

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RHAMBO,<br><br>Plaintiff,<br><br>vs.<br><br>MAJOR LEAGUE FADES LLC; PETER R. GLINIAK, AS TRUSTEE OF THE PETER R. GLINIAK LIVING TRUST,<br><br>Defendants. | CASE NO. 2:25-cv-05893-SVW-MAA<br><br>[PROPOSED] ORDER OF DISMISSAL<br><br>[FRCP 41(a)(2)]<br><br>Judge: Hon. Stephen V. Wilson |

Pursuant to the Stipulation of Dismissal of the parties filed this date under Federal Rule of Civil Procedure 41(a)(2) for dismissal of a Defendant in the above litigation, IT IS ORDERED THAT DEFENDANT PETER R. GLINIAK, TRUSTEE OF THE PETER R. GLINIAK LIVING TRUST HEREBY IS DISMISSED WITH PREJUDICE as to all claims and causes of action with each party bearing that party's own attorney's fees and costs

Dated: September 29, 2025

/s/ Stephen V. Wilson
HON. STEPHEN V. WILSON,
United States District Judge